# E-filing

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __Johnson__   __Antoine__   __A.J.__
    (Last)         (First)        (Initial)

Prisoner Number __H-88208__

Institutional Address __P.O. Box 2500 - 1600 California Drive Vacaville, California 95696-2500__

===================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__Antoine Johnson__
(Enter the full name of plaintiff in this action.)

vs.

__Sue Hubbard, Warden__
__ETAL, Mike Knowles__

(Enter the full name of respondent(s) or jailor in this action)

Case No. _____
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

(PR)

===================================================================

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS    - 1 -

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition? _Parole Denial_

    (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland): _Alameda County Superior Court_   _Oakland, Calif_
                             Court                                   Location

    (b) Case number, if known _114009(a)_

    (c) Date and terms of sentence _Life (PC-3046)_

    (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ✓ No ___

Where?
Name of Institution: _California Medical Facility_
Address: _1600 California dr. Vacaville, Calif_

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)
_187/664 + 12022.5, 12022.7_

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:                                 Yes ✓    No ___

    Preliminary Hearing:              Yes ✓    No ___

    Motion to Suppress:             Yes ___    No ___

4. How did you plead?

    Guilty ___    Not Guilty ✓    Nolo Contendere ✓

    Any other plea (specify) ___N/A___

5. If you went to trial, what kind of trial did you have?

    Jury ___    Judge alone ✓    Judge alone on a transcript ___

6. Did you testify at your trial?    Yes ___    No ✓

7. Did you have an attorney at the following proceedings:

    (a) Arraignment                       Yes ✓    No ___

    (b) Preliminary hearing               Yes ✓    No ___

    (c) Time of plea                       Yes ✓    No ___

    (d) Trial                                  Yes ___    No ___

    (e) Sentencing                         Yes ✓    No ___

    (f) Appeal                               Yes ✓    No ___

    (g) Other post-conviction proceeding    Yes ___    No ___

8. Did you appeal your conviction?    Yes ✓    No ___

    (a) If you did, to what court(s) did you appeal?

        Court of Appeal                  Yes ✓    No ___

        Year: 300    Result: Denied 2004

        Supreme Court of California      Yes ✓    No ___

        Year: ___    Result: ___

        Any other court                   Yes ___    No ___

        Year: ___    Result: ___

    (b) If you appealed, were the grounds the same as those that you are raising in this

| | | | |
|---|---|---|---|
|1| |petition?|Yes ~~☒~~   No ✓|
|2|(c)|Was there an opinion?|Yes ____   No ____|
|3|(d)|Did you seek permission to file a late appeal under Rule 31(a)?|
|4| | |Yes ____   No ____|

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?        Yes ✓   No ____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

    I.    Name of Court: _Superior Court, Alameda County_

Type of Proceeding: _Habeas Corpus_

Grounds raised (Be brief but specific):

a. _Same as in instant Petition_

b. _____

c. _____

d. _____

Result: _Denial_     Date of Result: _____

    II.    Name of Court: _Court of appeal 1st appellate_

Type of Proceeding: _Habeas Corpus_

Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS      - 4 -

a. _Same as instant petition_
b. _NO # A-117462_
c. _____
d. _____
Result: _Denied_   Date of Result: _May 3 2007_

III. Name of Court: _Supreme Court of California_
Type of Proceeding: _Habeas Corpus_
Grounds raised (Be brief but specific):
a. _Parole issue of Denial_
b. _Same as in the instant_
c. _petition_
d. _NO # S-153460_
Result: _Denial_   Date of Result: _NOV 28 2007_

IV. Name of Court: _____
Type of Proceeding: _____
Grounds raised (Be brief but specific):
a. _____
b. _____
c. _____
d. _____
Result: _____   Date of Result: _____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?
Yes _____   No _✓_
Name and location of court: _N/A_

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS    - 5 -

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: The Board Denial of Parole Violates the Petitioners Due process under State and Federal Laws.

Supporting Facts: Petitioners parole hearing is being considered under the same criteria, as a prison convicted of a First degree Murder, and after almost 16 years of incarceration the old risk assetment, and not Todays assetment is being used by the

Claim Two: Petitioner Due Process has Been Violated by the Board.

Supporting Facts: The State Refusal to parole petitioner under Consideration that the Crime, will never change is Arbitrary, Capricious, and Fundamentally unfair when used over, and over to deny a petitioner a date.

Claim Three: Denial of Due Process under State, and federal Constitution.

Supporting Facts: The Repeated Denial of parole as unsuitable, Based on the facts of the Committing offense, is inimical to the purpose of indeterminate Sentencing laws, and Violates Due Process of law (see attach sheet)

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

all grounds was exhausted at every level of the state court proceeding to include the California Supreme Court, and Denied redress, and now Being Brought here for Consideration

PET. FOR WRIT OF HAB. CORPUS          - 6 -

Ground (4)

Petitioner was Denied multiple years without justification in 2006, thus this violates due process, under state and federal law.

<u>Supporting facts</u>

In 2005, the Board of Prison Terms Denied the petitioner one year, citing that he had been Desiplinary Free, since 2003. in 2006 the Board Denied the petitioner two years (a) when petitioners circumstances had improved since the 2005 hearing, and he had not received any rule violations to warrant any Denial less than the one year Denial. There Decision as to multiple years Denial, violates due process, under state, and federal law.

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  Hurtado v California 110 US 516, Bigg v Thume
5  In re Scott 133 Cal App 4th 573, 595
6  Bigg v Tershume 344 F3d 915
7  In re Danneberge, 34 Cal 4th 1061
   Do you have an attorney for this petition?            Yes____    No ✓
8  If you do, give the name and address of your attorney:
9  In pro

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on  March 12, 2008        x Antoine Johnson
14             Date                        Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -

COPY

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| In re ANTOINE JOHNSON, on Habeas Corpus. | A117462 <br><br> (Alameda County Super. Ct. No. 114009a) |
|---|---|

BY THE COURT:

The petition for writ of habeas corpus is denied.

**FILED**

MAY - 3 2007

Court of Appeal - First App. Dist.
DIANA HERBERT
By_____
DEPUTY

(Ruvolo, P.J., and Reardon, J., joined in the decision.)

Date: _____MAY - 3 2007_____   **RUVOLO, P.J.** _____ P.J.

S153466

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re ANTOINE JOHNSON on Habeas Corpus

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

NOV 2 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice

```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
```

Antoine Johnson,
    Petitioner
        v.                                    CASE No.
Susan Hubbard, ETAL,                          PROOF OF SERVICE
Mike Knowles, Warden
    Respondent

**FILED** 08 MAR 27 PM 4:19

**CW (PR)**

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On **March 12, 2008**, I served a copy of **Federal Petition for Writ of Habeas Corpus** by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

(List all person(s) served in this action.)

1 Original Copy

U.S. District Court, Clerk
for Northern District of California
450 Golden Gate Ave 94102
Attorney General of California
455 Golden Gate Ave
San Francisco, California 94102

I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: **March 12, 2008**        X **Antoine Johnson**
                                    Declarant's signature

**Antoine Johnson**
Declarant's printed name

USDC-PROOF-3

Antoine Johnson
#B-28283-3112
P.O. Box 2500
Vacaville, California
95696-2500

Legal Mail
Confidential



U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, California
94102