```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
```

Antoine Johnson,
    Petitioner

    v.

Susan Hubbard, ET AL,
Mike Knowles, Warden
    Respondent

CASE No.

PROOF OF SERVICE

*FILED 08 MAR 27 PM 4:19*

*E-filing*

*CW (PR)*

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On March 12, 2008, I served a copy of Federal Petition for writ of Habeas Corpus by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

(List all person(s) served in this action.)

1 Original Copy

U.S. District Court, Clerk
for Northern District of California
450 Golden Gate ave 94102

Attorney General of California
455 Golden Gate ave
San Francisco, California 94102

I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: March 12, 2008          X Antoine Johnson
                                  Declarant's signature

Antoine Johnson
Declarant's printed name

USDC-PROOF-3